HENRY WEINTRAUB et al., Respondents, v. VIGILANT PROTECTIVE SYS-
TEMS, INC., et al., Appellants.—

Concur— McGivern, J. P., Markewich, Nunez, Kupferman
and Macken, JJ.